SKEELE COAL CO. v. BAKER. (Supreme Court, Appellate Division, First Department. March 19, 1915.) Action by the Skeele Coal Company against Charles T. Baker. No opinion. Motion denied, with $10 costs. Order filed. See, also, 152 N. Y. Supp. 1143.

SKEELE COAL CO. v. BAKER. (No. 7097.) (Supreme Court, Appellate Division, First Department. April 1, 1915.) Appeal from Special Term, New York County. Action by the Skeele Coal Company against Charles T. Baker. From an order denying a motion to vacate an order of arrest, defendant appeals. Affirmed. See, also, 152 N. Y. Supp. 325; 152 N. Y. Supp. 1143. William J. Dawley, of New York City, for appellant. William L. Bowman, of New York City, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

HOTCHKISS, J. I dissent. The contract with the government was with defendant, and neither the contract nor any interest therein was assignable, nor could any lien be imposed thereon by any agreement between the parties. Nat. Bank of Commerce v. Downie, 218 U. S. 345, 31 Sup. Ct. 89, 54 L. Ed. 1065, 20 Ann. Cas. 1116; Nutt v. Knut, 200 U. S. 12, 26 Sup. Ct. 216, 50 L. Ed. 348. The warrants, when received by defendant, must necessarily have been received in his own right and as his property. The agreement to deliver the government

warrants to plaintiff was no more than an executory promise, the breach of which was not a fraud. .